IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:14-CR-00072-KDB-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VALERIA MALDONADO-GUILLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Early Termination of Supervised Release (Doc. No. 515). The United States Attorney's Office and the United States Probation Office do not oppose the motion.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. Defendant was sentenced to a three-year term of supervised release which began on or about October 16, 2020. According to the motion, Defendant has fully complied with the terms of her supervised release. Therefore, the Court finds good cause to terminate supervised release early.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervised Release, (Doc. No. 515), is **GRANTED.**

**SO ORDERED.**

Signed: April 19, 2023

Kenneth D. Bell
United States District Judge